IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


CHRISTINE SIMPSON                                        PLAINTIFF

VS.                       CAUSE ACTION NO.: 3:07-cv-0577-HTW-LRA

TT OF MISSISSIPPI, INC. d/b/a
NORTH JACKSON CHRYSLER JEEP DODGE;
CORPORATIONS A-G; JANE DOES A-G;
AND JOHN DOES A-G                                        DEFENDANTS


### JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY THIS CAUSE CAME ON TO BE HEARD on the joint Motion ore tenus of the Plaintiff and Defendant, TT of Mississippi, Inc. d/b/a North Jackson Chrysler Jeep Dodge, for a Judgment of Dismissal with Prejudice in the above-entitled action, and it being stipulated and made known to the Court that this action has been fully compromised and settled and that there remain no issues to be litigated by or between these parties, or adjudicated by the Court, and that the parties agree that the same should be dismissed with prejudice and consent to the entry of this Judgment, in term time or in vacation; the Court, having maturely considered same and being fully advised in the premises, is of the opinion, and finds, that said Motion is well-taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED, that this cause be, and the same hereby is, dismissed with prejudice as to any and all claims by the Plaintiff against Defendant, TT of Mississippi, Inc. d/b/a North Jackson Chrysler Jeep Dodge, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 17th day of December, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE


AGREED AND APPROVED:


_/s/ Brian A. Clark_____
J. HOWARD THIGPEN, MSB #99690
BRIAN A. CLARK,MSB # 100736
ATTORNEY FOR PLAINTIFF, CHRISTINE SIMPSON


_/s/ Joe S. Deaton, III_____
JOE S. DEATON, III, MSB #8839
MUNCELLE DUNWOODY, MSB #102680
ATTORNEY FOR DEFENDANT, TT OF MISSISSIPPI,
INC. D/B/A NORTH JACKSON CHRYSLER JEEP DODGE


Civil Action No. 3:07-cv-577
Judgment of Dismissal with Prejudice